UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KLICK SOLAR, LLC, a Colorado limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE SECURITY SOLUTIONS, INC. d/b/a "Nationwide Solar," an Oregon corporation,<br><br>Defendant. | Case No. 3:23-cv-05766-MLP<br><br>STIPULATION AND [PROPOSED] ORDER TO REMAND<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 6, 2023 |

Nationwide Security Solutions, Inc., defendant, and Klick Solar, LLC, plaintiff, hereby stipulate, agree, and jointly request that the Court remand this removed action back to the Superior Court of the State of Washington for the County of Clark ("**Clark County Superior Court**"). The parties make this request due to the lack of diversity jurisdiction, based upon the following:

1. On July 27, 2023, Klick Solar, LLC commenced an action in the Clark County Superior Court captioned *Klick Solar, LLC v. Nationwide Solar, LLC*, Cause No. 23-2-01861-06.

2. On August 25, 2023, Nationwide Security Solutions, Inc. filed a Notice of Removal with this Court [ECF No. 1] based on diversity jurisdiction. The action was assigned to the Honorable Michelle L. Peterson as Case No. 3:23-cv-05766-MLP.

3. Klick Solar, LLC and Nationwide Security Solutions, Inc. agree that the requirements of diversity jurisdiction are not met here. This was unknown to defense counsel at the time of filing the Notice of Removal.

STIPULATION AND [PROPOSED] ORDER TO REMAND
3:23-CV-05766-MLP - 1

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, WA 98104
425.748.5055

1    WHEREFORE, Klick Solar, LLC and Nationwide Security Solutions, Inc. stipulate and
2 agree that this action does not satisfy the requirements for diversity jurisdiction, and, on this basis,
3 jointly request that the Court order this action immediately remanded to the Clark County Superior
4 Court. *See* 28 U.S.C. § 1332.

5    **IT IS SO STIPULATED**.

Dated: September 6, 2023              SNELL & WILMER L.L.P.


By: */s/ Amit D. Ranade*
　　Amit D. Ranade, WSBA No, 34878

By: */s/ Mallory L. B. Satre*
　　Mallory L. B. Satre, WSBA No. 50194
　　506 Second Avenue, Suite 1400
　　Seattle, WA 98104
　　Tel: 206.741.1404
　　aranade@swlaw.com;
　　msatre@swlaw.com
Attorneys for Defendant

Dated: September 6, 2023              JOSEPH WAGNER LAW OFFICE


By: */s/ Joseph Wagner*
　　Joseph Wagner WSBA# 57027
　　Attorney for Plaintiff
　　1220 Main Street, Suite 400
　　Vancouver, WA 98660
　　Phone: (360) 597-4173
　　Email: Joseph@jwagner.legal
Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER TO REMAND
3:23-CV-05766-MLP - 2

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, WA 98104
425.748.5055

**ORDER**

IT IS SO ORDERED.

DATED this 7th day of September, 2023.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

SNELL & WILMER L.L.P.

By: */s/ Amit D. Ranade*
    Amit D. Ranade, WSBA No, 34878

By: */s/ Mallory L.B. Satre*
    Mallory L. B. Satre, WSBA No. 50194
    506 Second Avenue, Suite 1400
    Seattle, WA 98104
    Tel: 206.741.1404
    aranade@swlaw.com;
    msatre@swlaw.com
Attorneys for Defendant

JOSEPH WAGNER LAW OFFICE

By: */s/ Joseph Wagner*
    Joseph Wagner WSBA# 57027
    Attorney for Plaintiff
    1220 Main Street, Suite 400
    Vancouver, WA 98660
    Phone: (360) 597-4173
    Email: Joseph@jwagner.legal
Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER TO REMAND
3:23-CV-05766-MLP - 3

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, WA 98104
425.748.5055